**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  04-cr-00282-WYD

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.

1. **ISMAEL GONZALEZ-ARENAS,**
    **a/k/a Jorge Castillo,**
    **a/k/a Ismael Gonzales Arenas,**
    **a/k/a Jorge Castillo-Gonzalez,**
    **a/k/a Ismael Arenas-Gonzalez,**
    **a/k/a Ismail Gonzalez-Arenas,**

       **Defendant.**

GOVERNMENT'S MOTION FOR A DETERMINATION OF THE
DEFENDANT'S MENTAL COMPETENCY TO STAND TRIAL

      The United States, by United States Attorney William J. Leone and  Assistant United States Attorney Guy Till (Government), hereby respectfully files the Government's Motion for a Determination of the Defendant's Mental Competency to Stand Trial.

      1.  Title 18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense the attorney for the Government "may file a motion for a hearing to determine the competency of the defendant."   The statute provides that the Court shall grant the motion if there is "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and the consequences of the proceedings against him or to assist properly

in his defense."

    2. In the present case, the Government respectfully asks the Court to take judicial notice of the content of the record made at the motions hearings in this case, of the contents of the Court's own file, and of the defendant's appearance, demeanor and affect while in open Court.

    3. The Government respectfully asserts that some of the factors reflected in the record of proceedings and in the Court's file which demonstrate that the defendant is not able to assist properly in his defense include the following: (1) On or about March 8, 2006, the defendant filed a *pro se* motion [DOC # 241] suggesting that he should be released from custody on a "P.R. Bond" — the record shows that the defendant has been indicted in the Second Superseding Indictment as an Armed Career Criminal and an Aggravated Felon who re-entered the United States without lawful authority; (2) The defendant, in his Motion [DOC # 241] identifies himself as "Jorge Castillo" — at a minimum, common sense dictates that any person appearing before the Court is required to identify himself truthfully, and the defendant's true name is Ismael Gonzalez-Arenas; (3) The defendant, although he faces substantial penalties, including a fifteen year minimum mandatory sentence on Count One of the Second Superseding Indictment, is in the process of attempting to fire his third Court appointed attorney — and the defendant pursues this strategy under circumstances in which he has made an admission to the fact that he had possession of the weapon described in Count One and the Court has already upheld the validity of the search, pursuant to a search warrant, resulting in the seizure of the weapon described in Count One; and (4) the defendant's demeanor and affect when attending Court intermittently is not appropriate to the situation.

    4. Based on the defendant's conduct in Court and the record that has been developed in

this case, the Government respectfully asks the Court to enter an order, pursuant to Title 18 U.S.C. § 4241(b), providing that "a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247 (b) and (c)."

5. After the Court ordered psychiatric or psychological report has been filed, the Government requests that the matter of the defendant's competency be set for hearing pursuant to Title U.S.C. §§ 4241 (c) and 4247 (d).

Respectfully submitted this __14th__ day of March, 2006.

WILLIAM J. LEONE
United States Attorney


By: s/Guy Till
GUY TILL
Assistant United States Attorney
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-455-0409
Guy.Till@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on this __14th__ day of March 2006, I electronically filed the foregoing GOVERNMENT'S MOTION FOR A DETERMINATION OF THE DEFENDANT'S MENTAL COMPETENCY TO STAND TRIAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Thomas R. Ward, Esq.
thomasrward@qwest.net

United States Probation Department
kurt_thoene@cod.uscourts.gov

and I hereby certify that I have mailed or served the document or paper to following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

                s/Debbie Azua-Dillehay
                DEBBIE AZUA-DILLEHAY
                Legal Assistant to Guy Till
                United States Attorney's Office
                1225 17th Street, Suite 700
                Denver, CO 80202
                303-454-0100
                303-454-0409
                debbie.azua-dillehay@usdoj.gov