UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's pleading entitled "Motion for Extension of Time and Request to Be Moved to a Federal Facility Detention Under the Fact that in Jefferson Detention Department Has Denied to the Defendant Access of the Law Library as Pro-Se, and Inadequate Criminal Books."  The Government was ordered to confer with the Bureau of Prisons ["BOP"] regarding the issued raised about the access to and adequacy of the law library and filed a response as to these issues.  A response was filed by the Government on June 27, 2006.

After reviewing the motion and response, I find that Defendant's motion should be granted to the extent he requests an extension of time to file motions and denied as to the remaining requests in the motion.  I first note that the current deadline to file motions was June 23, 2006.  Defendant filed a number of motions after that deadline without leave of the Court.  However, since I grant Defendant's pending request for an

extension of time to file motions in this Order, I will accept those motions. The deadline to file motions is extended to Friday, July 21, 2006. Responses to these motions are due by Friday, August 4, 2006. Any motions filed after July 21, 2006, will not be permitted without leave of Court, and Defendant must show good cause for the filing of such motions.

     I now turn to the portion of the motion which requests that Defendant be moved to a federal detention facility. This request is denied. First, Defendant complains about being denied access to the law library, but fails to provide any specific examples or dates when he was denied such access. The Government's response indicates that counsel spoke to Mike Fish of the Jefferson County Sheriff's Office and was told that Defendant has made numerous visits to the library. The Government also indicates that Defendant did not provide a copy of the Court's Order allowing Defendant to proceed pro se to the prison officials at the Jefferson County detention facility, and the prison was unaware of Defendant's pro se status. That Order was provided by the Government to Mr. Fish, who indicated that Defendant's name would be added to the list of pro se defendants. Those defendants are provided more access to the law library than defendants represented by counsel. Accordingly, Defendant's argument about inadequate access to the library should now be moot.

     As to Defendant's assertion that the law library is inadequate, no details were provided as to how the library is inadequate or what books or materials Defendant needes that were not available. Further, the Government indicates from its

communication with the BOP that the materials at the Federal Detention Facility ["FDC"] in Englewood are similar to those in the Jefferson County facility.

Based on the foregoing, Defendant's request for a transfer is denied at this time. Defendant has not shown through specific facts the need for a transfer or the inadequacy of the law library in the facility where he is incarcerated.  Further, the decision where to place a defendant is left to the discretion of the BOP.  I will not interfere with placement decisions by the BOP absent some exceptional reason to do so.  Defendant has not shown that any such reason exists.

In conclusion, it is

ORDERED that Defendant's pleading entitled "Motion for Extension of Time and Request to Be Moved to a Federal Facility Detention Under the Fact that in Jefferson Detention Department Has Denied to the Defendant Access of the Law Library as Pro-Se, and Inadequate Criminal Books" (filed June 9, 2006) is **GRANTED IN PART AND DENIED IN PART**.  Specifically, it is

ORDERED that Defendant's motion is **GRANTED** to the extent it requests an extension of time to file motions.  Defendant has up to and including **Friday, July 21, 2006**, in which to file additional motions.  Responses by the Government shall be filed by **Friday, August 4, 2006**.  No motions by Defendant will be permitted after July 21, 2006, without leave of Court and good cause shown by the Defendant. It is

FURTHER ORDERED that Defendant's motion is **DENIED** to the extent it requests a transfer to a federal detention facility and in all other respects.

Dated:  June 29, 2006

                                                            BY THE COURT:

                                                            s/ Wiley Y. Daniel
                                                             Wiley Y. Daniel
                                                            U. S. District Judge