UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court in connection with the Government's suggestion in its consolidated responses to Defendant's motions (filed August 18, 2006) that the Court hold in abeyance the Defendant's motions and sever the claims for purposes of the trial.  The Government suggests in that regard that the Court proceed to trial starting with one count at a time, moving from simpler to more complex charges, so that Defendant can learn about the federal criminal justice system as the case proceeds.

    I first deny the suggestion to hold the motions in abeyance.  Defendant is entitled to have his motions heard.  To the extent they make arguments that have been previously ruled on and rejected, the Government can assert that at the hearing and argue that as a ground for denial of the motion.

I also deny the request to sever the counts. While severance of counts is warranted in some instances, the Government has not cited any authority in its consolidated response that a severance is proper in this case. Instead, the Government asserts simply that Defendant is not well versed in the federal criminal justice system and that severance of the counts may result in the Defendant coming to appreciate the benefits of legal representation as the trial progresses. That is not a proper basis for severance, as explained below.

Defendant has elected to proceed pro se, despite the Court's advisement that he may be better served in this case by having counsel represent him. This right to self-representation exists regardless of whether the defendant is well versed in the law and/or competent to represent himself. *See United States v. McKinley*, 58 F.3d 1475, 1481-83 (10th Cir. 1995). Having chosen to represent himself, Defendant must abide by the normal rules of procedure and proceed to trial on all counts, absent some showing that a severance of counts is legally warranted. I defer to the hearing, however, the Government's separately filed Rule 14(a) Motion for a Separate Trial on Count VI.

Dated: October 4, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge