**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Date:                October 11, 2006           Prob./Pret.:   N/A
Courtroom Deputy:    Robert R. Keech            Interpreter:   Adriana Weisz
Court Reporter/ECR:  Kara Spitler

_____

Criminal Case No.  **04-cr-00282-WYD**           Counsel:

UNITED STATES OF AMERICA,                        Guy Till

       Plaintiff,

v.

**1. ISMAEL GONZALEZ-ARENAS,**                   Pro Se
a/k/a "Jorge Castillo"
a/k/a "Ismael Gonzales Arenas"
a/k/a "Jorge Castillo-Gonzalez"
a/k/a "Ismael Gonzales-Arenas"
a/k/a "Ismael Gonsales-Arenas"
a/k/a "Ismael Arenas-Gonzalez"
a/k/a "Ismail Gonzalez-Arenas,"

       Defendant.

_____

**COURTROOM MINUTES**
_____

**HEARING ON PENDING MOTIONS**

**1:48 p.m.**     Court in Session - Defendant present (in-custody)

          APPEARANCES OF COUNSEL.  Thomas R. Ward appears as Advisory Counsel.

          Court makes inquiry of Defendant regarding the need for an interpreter.

-1-

Judge Wiley Y. Daniel
04-cr-00282-WYD - Courtroom Minutes

---

| | |
|---|---|
| 1:48 p.m. | Statement by Defendant that he would like an interpreter available (Mr. Gonzalez-Arenas). |
| | Interpreter sworn (Spanish) |
| | Court's opening remarks. |
| **ORDERED:** | Defendant's Motion for Miscellaneous Relief (#28 - 7/23/04) is **DENIED AS MOOT.** |
| **ORDERED:** | Defendant's Motion for Appointment of Expert (Suppressed) (#108 - 11/1/04) is **DENIED AS MOOT.** |
| 1:56 p.m. | Statement by Mr. Ward regarding the fact that Defendant was moved to Jefferson County Jail and was not aware of today's hearing. |
| 2:01 p.m. | Statement by Defendant regarding the fact that he is being housed at the Federal Detention Center (Mr. Gonzalez-Arenas). |
| **ORDERED:** | Hearing on pending motions is **CONTINUED** to **Monday, December 4, 2006, at 1:30 p.m.** |
| 2:03 p.m. | Discussion regarding the Defendant indicating that he would be filing counterclaims against the Court and Mr. Till. |
| **ORDERED:** | Defendant is **REMANDED** to custody of U.S. Marshal. |
| **2:14 p.m.** | Court in Recess - HEARING CONTINUED |

**TOTAL TIME:  :26**