UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant Ismael Gonzalez Arenas's pro se Addendum to Affidavit [Docket # 314], filed on January 4, 2007, and Defendant Ismael Gonzalez Arenas's pro se Declaration of Aquiesence and Settlement Offer [Docket # 315], filed on January 4, 2007.  Under the law, there is no constitutional right to a hybrid form of representation.  See United States v. Bennett, 539 F.2d 45, 49 (10th Cir. 1976).  Defendant is currently represented by counsel, Thomas Richard Ward.  Consequently, the Court will not consider documents that the Defendant has filed pro se.  Accordingly it is

    ORDERED that Defendant's pro se Filings [Docket ## 314 and 315] are **STRICKEN**.

    Dated:  January 4, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge