UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Ismael Gonzalez Arenas's pro se Notice of Default and Three Day Notice to Cure [Docket # 317], filed on January 24, 2007. Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Thomas Richard Ward. Consequently, the Court will not consider documents that the Defendant has filed pro se. Accordingly it is

ORDERED that Defendant's pro se Filing [Docket #317] is **STRICKEN**.

Dated: January 25, 2007

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel

U. S. District Judge