UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

_____

### ORDER DIRECTING NO FURTHER FILINGS
_____

THIS MATTER comes before the Court on Defendant's *pro se* filings [##321and 322], filed on February 2 and 5, 2007.  On December 8, 2006, this Court terminated Defendant's right of self-representation and re-appointed Thomas Richard Ward as counsel for Defendant.  Defendant has continued to file *pro se* motions, letters, and other documents. The Court has reviewed some of these filings, and finds them to be redundant of prior motions considered and rejected by the Court, redundant of each other, irrelevant to any issues relating to this case, and/or completely frivolous.  Under the law, there is no constitutional right to a hybrid form of representation.  *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Thomas Richard Ward. Consequently, the Court will not consider documents that the Defendant has filed pro se.  Accordingly it is

ORDERED that Defendant's pro se Filings [Docket #321 and 322] are **STRICKEN**. It is

FURTHER ORDERED that the Defendant file no further material *pro se* under this case number. The Court completely disregards all filings made by the Defendant *pro se* since December 8, 2006, and will disregard any future filings that may be made in violation of this Order.

Dated: February 6, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge