UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

_____

**ORDER**
_____

    This matter is on a review of the file.  On December 8, 2006, this Court terminated Defendant's right of self-representation and re-appointed Thomas Richard Ward as counsel for Defendant.  Under the law, there is no constitutional right to a hybrid form of representation.  *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).  Further, on December 8, 2006, Defendant Gonzales-Arenas was ordered to file a status report, through his attorney, as to which previous motions he would be adopting.  On February 9, 2007, Defendant filed a status indicating that the only previous motion that Defendant would pursue was Defendants Motion for Separate Trial of Counts [Docket #213].

    Defendant was also ordered to file additional motions by January 31, 2007. Defendant has filed two motions: a Motion for Discovery of Surveillance and

investigation Memoranda [Docket # 328] and a Motion to Suppress Evidence and Statements [#327].

Accordingly it is

ORDERED that all Motions filed before December 8, 2006, with the exception of Docket # 213, be **DENIED as MOOT** [Docket ## 140, 262, 263, 264, 265, 267, 270, 271, 272, 273, 275, 276, 278, 279, 280, 281, 283, 289, 297, 298].  It is

FURTHER ORDERED that the government has until on or before **March 1, 2007**, to Respond to Defendant's Motions.  It is

FURTHER ORDERED that a hearing on pending motions is set for **April 20, 2007, at 1:00 p.m.**


Dated:  February 12, 2007

              BY THE COURT:

              s/ Wiley Y. Daniel
              Wiley Y. Daniel
              U. S. District Judge