UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

_____

### ORDER OF PRE-TRIAL PSYCHIATRIC EXAMINATION
_____

The Court having considered the joint motion by the defense and the Government (docket # 344) for pre-trial psychiatric and psychological examination of the defendant, Ismael Gonzales-Arenas, a/k/a Jorge Castillo, to determine the defendant's mental competency to stand trial pursuant to Title 18, United States Code, Sections 4241(a) and 4247 and FED. R. CRIM. P. 12.2(c)(1)(B), hereby

ORDERS that the Motion for Determination of Mental Competency to Stand Trial and for a Psychiatric or Psychological Examination (filed March 19, 2007) is **GRANTED**.  It is

FURTHER ORDERED that as the defendant is in custody, the United States Marshals Service shall make necessary and reasonable arrangements to permit Frederic Miller, M.D., access to the defendant in order to conduct examinations and prepare a written report of findings as provided for in 18 U.S.C. § 4247(c) with respect

to the matter of the defendant's mental competence within thirty days. Upon request, the Government is directed to assist in coordinating access to the defendant. It is

FURTHER ORDERED that the Government is directed to provide Dr. Miller with copies of the Rule 16 discovery in this case and to provide background information on the history and progress of the case if requested to do so. Defense attorneys of record, upon request by Dr. Miller, are directed to provide background information on the nature of communications with the defendant. It is

FURTHER ORDERED that after Dr. Miller's written report has been received by the Court and copies of said report have been distributed to the attorneys for the parties, a hearing on this matter will be set. The question to be addressed at such hearing is whether "there is reasonable cause to believe that the defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

Dated: May 14, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge