FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2007

GREGORY C. LANGHAM
CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

In re:

ISMAEL ARENAS GONZALES,

Petitioner.

No. 07-1249
(D.C. No. 1:04-cr-00282-WYD)

ORDER
Filed July 16, 2007

Before **HENRY**, **HARTZ**, and **TYMKOVICH**, Circuit Judges.

Ismael Arenas Gonzales, also known as Ismael Gonzalez-Arenas and as Jorge Castillo, is detained pending his criminal trial in the United States District Court for the District of Colorado. He seeks a writ of mandamus (1) ordering the dismissal of all charges against him, (2) ordering his immediate release, and (3) ordering he be paid $7,450,000 for certain counterclaims and/or civil claims he has asserted in his criminal action.

"[T]he remedy of mandamus is a drastic one, to be invoked only in extraordinary situations." *Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 34 (1980). "For mandamus to issue, there must be a clear right to the relief sought, a plainly defined and peremptory duty on the part of respondent to do the action in question, and no other adequate remedy available." *Johnson v. Rogers*, 917 F.2d 1283, 1285 (10th Cir. 1990). And even if mandamus is an appropriate

vehicle to challenge a district court's actions, a mandamus petitioner "must demonstrate a clear abuse of discretion [by the district court], or conduct by the district court amounting to a usurpation of judicial authority." *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). Petitioner has failed to demonstrate that he is entitled to mandamus relief with respect to any of his requests.

The petition for leave to proceed without prepayment of costs or fees is GRANTED. The petition for a writ of mandamus is DENIED.

Entered for the Court<br>
ELISABETH A. SHUMAKER, Clerk<br><br>
By: [signature]<br>
Deputy Clerk

FILE COPY

# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

July 16, 2007

NOTIFICATION OF MAILING

Re:   07-1249, In Re Gonzalez-Arena v. -
      Dist/Ag docket: 04-cr-00282-WYD

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Ismael Gonzalez-Arenas
Clear Creek County Jail
#070344
P.O. Box 518
Georgetown, CO 80444

Mr. Guy Till
Office of the United States Attorney
1225 17th Street
Suite 700
Denver, CO 80202

DEPUTY CLERK