UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ISMAEL GONZALEZ-ARENAS,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court in connection with a review of the file.  By Order of April 19, 2007, I granted the Motion for Determination of Mental Competency to Stand Trial and for a Psychiatric or Psychological Examination (filed March 19, 2007 by defense counsel).  I found in that Order that there is reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense.

    On May 14, 2007, an Order was filed directing that the examination be conducted by Dr. Frederick Miller.  Dr. Miller advised the Court that Defendant refused to participate in the two evaluations that he performed and recommended that Defendant be evaluated for competency by a suitable federal medical facility.

    On June 8, 2007, an Order was filed which directed the parties to show cause by June 18, 2007 as to why the Court should not commit Defendant to the custody of the

Attorney General for a period of forty-five days for a psychiatric/psychological evaluation of competency.  The Order indicated that if the parties did not show cause by that date, I would commit Defendant to the custody of the Attorney General.

No response was received to the Show Cause Order by counsel, indicating that a commitment order is proper as to Defendant.  However, on June 15, 2007, Defendant filed a "Writ of Mandamus, and Petition Denouncing the Accused to the Federal Appellant Court."  By letter of June 18, 2007, the Tenth Circuit indicated that a petition for extraordinary writ of mandamus was docketed in that Court.  The mandamus action in the Tenth Circuit stayed the case in this Court.

It has just recently come to this Court's attention that the Tenth Circuit denied Defendant's petition for writ of mandamus by Order of July 16, 2007.  The case is thus no longer stayed, and I find that a commitment order is proper.  It is therefore

ORDERED pursuant to 18 U.S.C. § 4241(b) that Defendant be committed to the custody of the Attorney General to be hospitalized and treated in a suitable facility for such a reasonable period of time not to exceed 45 days, as it is necessary to determine Defendant's competency.  It is

FURTHER ORDERED pursuant to 18 U.S.C. § 4247(c) that a psychiatric and psychological report be prepared and filed with the Court with copies provided to counsel for Defendant and the Government and shall include:

1. Defendant's history and present symptoms;
2. A description of the psychiatric, psychological and medical tests that were employed and the results;

3. The examiner's findings; and

4. The examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Dated:  August 28, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge