UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on a letter from the Warden of the U.S Medical Center for Federal Prisoners that was recently received by the Court.  A copy of the letter shall be provided to counsel for the parties today via telefax.  The letter advises of the status of the mental health treatment of the Defendant and requests an extension of time to September 11, 2009, to determine if there is a substantial probability that the Defendant will become competent for trial to proceed.

    Based on the contents of this letter, I am inclined to grant the request for an extension of time.  If either party has any objections to the extension, they shall file the objections on or before **Monday, June 22, 2009**.  If no objections are filed by that time, I shall grant the requested extension without further notice.

    Dated:  June 12, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge