UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

     Defendant.

_____

**ORDER**
_____

     THIS MATTER is again before the Court on a letter from the Warden of the U.S Medical Center for Federal Prisoners that was recently received.  A copy of the letter was provided to counsel for the parties via telefax.  The letter from the U.S. Medical Center requests an extension of time to September 11, 2009, to determine if there is a substantial probability that the Defendant will become competent.

     By Order of June 12, 2009, the parties were advised to file any objections to the requested extension by Monday, June 22, 2009.  The parties were further advised that if not objections were filed by that time, I would grant the requested extension without further notice.  No objections have been filed by either party, and I find that the requested extension of time is warranted pursuant to 18 U.S.C. § 4241(d)(2)(A).  Specifically, I find that U.S. Medical Center's letter of May 18, 2009, demonstrates that there is a substantial probability that within the additional period of time requested the Defendant will attain the capacity to permit the proceedings to go forward with the trial in this case.  Accordingly, it is

ORDERED that an extension of time is granted up to **Friday, September 11, 2009** for the U.S. Medical Center for Federal Prisoners to determinate whether there is a substantial probability that the Defendant will become competent for the trial to proceed. It is

FURTHER ORDERED that the Clerk of Court shall ensure that a copy of this Order is served upon the U.S. Medical Center for Federal Prisoners at the following address:

U.S. Department of Justice
Federal Bureau of Prisons
U.S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000
Attn:  Marty C. Anderson, Warden

Dated:  June 29, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge