FILED
United States Court of Appeals
Tenth Circuit

August 31, 2009

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:

ISMAEL ARENAS GONZALES,

Petitioner.

No. 09-1235
(D.C. No. 1:04-CR-00282-WYD)
(D. Colo.)

---

**ORDER**

---

Before **MURPHY**, **EBEL**, and **GORSUCH**, Circuit Judges.

---

Petitioner Ismael Arenas Gonzales, a pre-trial detainee receiving treatment at the United States Medical Center for Federal Prisoners, asks this court to direct the district court to rule on two motions filed earlier this year or to order his immediate release from custody. He also asks for an order discontinuing the administration of anti-psychotic medications.

A writ of "mandamus is a drastic remedy that is to be invoked only in extraordinary situations." *In re Antrobus,* 519 F.3d 1123, 1124 (10th Cir. 2008) (quotation omitted). It "is used only to confine an inferior court to a lawful exercise of its prescribed jurisdiction or to compel it to exercise its authority when it is its duty to do so." *In re Cooper Tire & Rubber Co.*, 568 F.3d 1180, 1186 (10th Cir. 2009) (quotation omitted). "To be eligible for mandamus relief, the petitioner must establish (1) that he has a clear right to relief, (2) that the

respondent's duty to perform the act in question is plainly defined and peremptory, and (3) that he has no other adequate remedy." *Rios v. Ziglar*, 398 F.3d 1201, 1206 (10th Cir. 2005) (citation omitted).

We note that the district court has set the date of Friday, September 11, 2009, for the "U.S. Medical Center for Federal Prisoners to determin[e] whether there is a substantial probability that [Mr. Gonzales] will become competent for [his criminal] trial to proceed." Order of June 29, 2009 at 2. Mr. Gonzales has not demonstrated a clear right to an immediate ruling on his motions, his release, or discontinuation of his medication. The petition for mandamus and request for discontinuation are DENIED. Mr. Gonzales's application to proceed in forma pauperis in this mandamus action is GRANTED.

                              Entered for the Court

                              ELISABETH A. SHUMAKER, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | August 31, 2009 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Ismael Arenas Gonzales
MCFP - Springfield
P.O. Box 4000
Springfield, MO 65801
32780-013

**RE:**     **09-1235, In re: Gonzales**
            Dist/Ag docket: 1:04-CR-00282-WYD-1

Dear Mr. Gonzales:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc:     Guy Till

EAS/jm