UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

     Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A status conference is set for **Thursday, March 11, 2010, at 2:00 p.m.**

     Dated:  January 25, 2010