UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conference, the status conference set for Monday, March 15, 2010, at 4:00 p.m. is **VACATED AND RESET** to Tuesday, March 16, 2010, at 2:30 p.m.

    Dated:  March 12, 2010.