UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Defendant's competency is set for **Thursday, May 20, 2010, at 1:30 p.m.** The hearing is set for the entire afternoon. If the parties believe that more time is needed for the hearing, they shall promptly advise the Court.

    Dated: March 26, 2010.