UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 04-cr-00282-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

 Defendant.
_____

**ORDER**
_____

 THIS MATTER is before the Court on Defendant's Motion to Disclose Copies of All Grand Jury Materials filed April 1, 2009. The Government filed a response on April 9, 2009, indicating that it had no objection to the relief sought in the motion. Upon consideration of Defendant's Motion pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is

 ORDERED that Defendant's Motion to Disclose Copies of All Grand Jury Materials (doc. # 486) is **GRANTED**. In accordance therewith, it is

 ORDERED that copies of the transcripts of testimony and exhibits presented before the Grand Jury be disclosed to the attorney for the Defendant for preparation for trial and that the disclosed copies of the Grand Jury transcripts and exhibits are not to be reproduced and are to be retained in the personal custody or office of the attorney for the Defendant.

Dated: April 9, 2010

                           BY THE COURT:

                           s/ Wiley Y. Daniel
                           Wiley Y. Daniel
                           Chief United States District Judge