UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 04-cr-00282-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL GONZALES-ARENAS, a/k/a Jorge Castillo,

    Defendant.

_____

**ORDER OF RECUSAL**
_____

    This matter is before the Court on a review of the case. At a hearing on May 20, 2010, defense counsel alerted the Court to a civil rights complaint against me that was purportedly sent by Defendant as well as a related letter. Defendant also previously filed a "Counterclaim" against me in this case (doc. # 325) that accused me of wrongful conduct and sought monetary damages. These documents appear to question my impartiality in the case. Further, a request for recusal was made by Defendant and his counsel at the hearing. Based on the foregoing, I find that I should recuse myself pursuant to 28 U.S.C. § 455(a). It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated: May 20, 2010.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge