IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00282-MSK

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ISMAEL GONZALEZ-ARENAS,

  Defendant.

___

**ORDER OF TRANSFER**
___

  THIS MATTER comes before the Court *sua sponte*. In order to ensure the Defendant's right to a speedy trial under the provisions of 18 U.S.C. § 3161, this matter is subject to reassignment pursuant to D.C.COLO.LCrR 50.1.A. With the approval of Chief Judge Wiley Y. Daniel,

  **IT IS THEREFORE ORDERED** that this case is hereby transferred to the Honorable Robert E. Blackburn. The Clerk shall effect such transfer.

  DATED this 30th day of August, 2010.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        ___

        Marcia S. Krieger
        United States District Judge