**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00282-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL GONZALEZ-ARENAS,
    a/k/a Jorge Castillo,
    a/k/a Ismael Gonzales Arenas,
    a/k/a Jorge Castillo-Gonzalez,
    a/k/a Ismael Gonzales-Arenas,
    a/k/a Ismael Gonsales-Arenas,
    a/k/a Ismael Arenas-Gonzalez
    a/k/a Ismail Gonzalez-Arenas,

    Defendant.

## MINUTE ORDER[1]

    This criminal action is now assigned to this court. *See* **Order of Transfer** [#533] entered August 30, 2010. This case should be set for trial preparation conference and trial.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That on **September 3, 2010**, at 10:00 a.m., the court shall conduct a telephonic setting conference to set a trial preparation conference and jury trial in this matter; and

    2. That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: August 30, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.