IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 04-cr-00282-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL GONZALEZ-ARENAS,
    a/k/a Jorge Castillo,
    a/k/a Ismael Gonzales Arenas,
    a/k/a Jorge Castillo-Gonzalez,
    a/k/a Ismael Gonzales-Arenas,
    a/k/a Ismael Gonsales-Arenas,
    a/k/a Ismael Arenas-Gonzalez,
    a/k/a Ismail Gonzalez-Arenas,

    Defendant.,

## STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION OF TRIAL EXHIBITS, TRANSCRIPTS, AND PAPERS

Following the completion of trial, the parties stipulate:

1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at trial by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

DATED at Denver, Colorado, this 29th day of September, 2010.

_____      _____
Attorney for the Plaintiff(s)     Attorney for the Defendant(s)

IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

BY THE COURT:

_____
Robert E. Blackburn
United States District Judge