**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:              June 9, 2011

Courtroom Deputy:  Nel Steffens
Court Reporter:    Suzanne Claar
Interpreter:       Ruth Warner
Probation Officer: Justine Kozak

**Criminal Action No.  04-cr-00282-REB**

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                               Zachary Phillips
                                                        Guy Till
        Plaintiff,

v.

1.  ISMAEL GONZALEZ-ARENAS,                             David Owen
        a/k/a Jorge Castillo,
        a/k/a Ismael Gonzales Arenas,
        a/k/a Jorge Castillo-Gonzalez,
        a/k/a Ismael Gonzales-Arenas,
        a/k/a Ismael Gonsales-Arenas,
        a/k/a Ismael Arenas-Gonzalez,
        a/k/a Ismail Gonzalez-Arenas,

        Defendant.

**SENTENCING MINUTES**

**10:01 a.m.    Court in session.**

Appearances of counsel.  Also seated at government's table is ATF Special Agent, Carrie DiParro.

Defendant is present in custody and has declined the use of a headset.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.  Interpreter is present in standby capacity by request of the court.

Court's opening remarks.

Court addresses the defendant's **Motion for New Trial, To Compel Disclosure of Impeachment Evidence, and For Leave To Supplement This Motion** [#567] filed October 1, 2010.  Court's findings and conclusions.

    **IT IS ORDERED** as follows:

1. That the defendant's **Motion for New Trial, To Compel Disclosure of Impeachment Evidence, and For Leave To Supplement This Motion** [#567] filed October 1, 2010, is **DENIED**, without the production of additional discovery and without hearing.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentences.

Defendant tenders his hand-written statement to the court and declines any further opportunity for allocution.

Statement by counsel for the government.

Colloquy between the court and Mr. Phillips regarding convictions referred to in the government's **Information** [#204] filed May 11, 2005.

    **IT IS FURTHER ORDERED** as follows:

2. That this Sentencing Hearing is **VACATED** and **CONTINUED** pending further order of the court;

3. That by close of business on **June 17, 2011**, the defendant, if he denies the allegation made the subject of (1) on page 2 of the **Information** [#204] filed May 11, 2005, or if he claims that the conviction is invalid, must file his written response to the Information;

    4.      That the government shall file its reply to the defendant's response, if any, within seven days of the filing of any such response to the Information by the defendant; and

    5.      That the defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:50 a.m.**   **Court in recess.**

Total time in court:   00:49

Hearing continued.