Case 1:04-cr-00282-REB   Document 614   Filed 06/17/11   USDC Colorado   Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 04-cr-00282-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISMAEL GONZALEZ-ARENAS,
    a/k/a Jorge Castillo,
    a/k/a Ismael Gonzales Arenas,
    a/k/a Jorge Castillo-Gonzalez,
    a/k/a Ismael Gonzales-Arenas,
    a/k/a Ismael Gonsales-Arenas,
    a/k/a Ismael Arenas-Gonzalez
    a/k/a Ismail Gonzalez-Arenas,

    Defendant.

## MINUTE ORDER[1]

    On **June 22, 2011**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to reset the sentencing hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: June 17, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.