**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 04-cr-00282-REB
Civil Action No. 14-cv-02824-REB

UNITED STATES OF AMERICA,

v.

1. ISMAEL GONZALEZ-ARENAS,
    a/k/a Jorge Castillo,
    a/k/a Ismael Gonzales Arenas,
    a/k/a Jorge Castillo-Gonzalez,
    a/k/a Ismael Gonzales-Arenas,
    a/k/a Ismael Gonsales-Arenas,
    a/k/a Ismael Arenas-Gonzalez
    a/k/a Ismail Gonzalez-Arenas,

    Movant.

## ORDER

**Blackburn, J.**

After preliminary consideration of movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

**ORDERED** that by November 21, 2014, the United States Attorney shall file a brief addressing the timeliness of this motion, pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings. It is

**FURTHER ORDERED** that movant may file a reply within 30 days of the date the brief of the government is filed in this Court.

Dated: October 22, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge