# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02824-REB
Criminal Action No. 04-cr-00282-REB

UNITED STATES OF AMERICA,,

    Plaintiff,

v.

ISMAEL GONZALEZ-ARENAS,
    a/k/a Jorge Castillo,
    a/k/a Ismael Gonzales Arenas,
    a/k/a Jorge Castillo-Gonzalez,
    a/k/a Ismael Gonzales-Arenas,
    a/k/a Ismael Gonsales-Arenas,
    a/k/a Ismael Arenas-Gonzalez,
    a/k/a Ismail Gonzalez-Arenas,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Denying § 2255 Motion** [#669] entered by Judge Robert E. Blackburn on April 22, 2016, it is

ORDERED that judgment enters in favor of the United States of America, and against the defendant, Ismael Gonzalez-Arenas, on all claims for relief and causes of action asserted in his **Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person In Federal Custody** [#644], and **Amended Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person In Federal Custody** [#649], and it is

ORDERED that Civil Action No. 14-cv-02824-REB is closed.

Dated at Denver, Colorado this 25th day of April, 2016.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                        By:  s/   K. Finney
                             Deputy Clerk